AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) ) ) | Case No.  12-5001-SNOW |
| | ) ) | |
| **LEWIS DOMINGUEZ-RODRIGUEZ** | ) ) | |

_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 13, 2012** in the county of **Monroe, and elsewhere** in the

Southern District of Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| **8 U.S.C. § 1324(a)(1)(A)(I), and 18 U.S.C. § 2.** <br> **18 U.S.C. § 2237(a)(1) and 2**. | The defendant, LEWIS DOMINGUEZ-RODRIGUEZ, knowing that a person is an alien, did knowingly and intentionally bring to and attempt to bring to the United States in any manner whatsoever such person at a place other than a designated port of entry or place other than as designated by the Commissioner, regardless of whether such alien has received prior official authorization to come to, enter, or reside in the United States and regardless of any future official action which may be taken with respect to such alien, in violation of 8 USC § 1324(a)(1)(A)(i) and 18 USC § 2; and being a master, operator, and person in charge of a vessel of the United States, and a vessel subject to the jurisdiction of the United States, did knowingly fail to obey an order by an authorized Federal law enforcement officer to heave to that vessel, in violation of 18 USC § 2237(a)(1) and 2. |

This criminal complaint is based on these facts:

See attached affidavit.

☐ Continued on the attached sheet.

_Complainant's signature_

Mike Petersen, Agent, U.S. Border Patrol
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 1/17/2012

_Judge's signature_

City and state: Key West, FL

LURANA S. SNOW, U.S. MAGISTRATE JUDGE
_Printed name and title_

## AFFIDAVIT

I, Mike Petersen, being duly sworn, hereby depose and say:

1. I am a Border Patrol Agent with the United States Border Patrol, Customs and Border Protection, Department of Homeland Security.  I have been with the service for thirteen (13) years.  I am presently assigned to the Marathon Border Patrol Station in Marathon, Florida.

2. This affidavit is made in support of the arrest of **Lewis Dominguez-Rodriguez**.  It is believed that **Lewis Dominguez-Rodriguez** brought, and attempted to bring, aliens to the United States knowing that such persons were aliens, at a place other than a designated port of entry and a place other than designated by the Commissioner regardless of whether such aliens had received prior official authorization to come, to enter, or reside in the United States and regardless of any future official action which may be taken with respect to such aliens, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and Title 18, United States Code, Section 2; and, as master, operator, or person in charge of a vessel of the United States, did knowingly fail to obey orders given by authorized federal law enforcement officers to heave to those vessels, in violation of Title 18, United States Code, Sections 2237 and 2.

3. On January 13, 2012, United States Coast Guard (USCG) agents aboard a USCG patrol vessel attempted to intercept a vessel, bearing Florida Registration FL0619GL, that was headed toward the U.S. mainland.  The vessel is a black 35 foot, Murray, Center Console, go-fast with triple Mercury Verado engines.  As the USCG approached the vessel approximately six miles from the United States shoreline, USCG agents observed multiple individuals aboard the vessel, with two individuals at the helm.  The USCG agents gave repeated commands for the vessel to heave but the two individual ignored the commands.  The vessel continued in the direction of Big Munson Island, which is offshore of Ramrod Key, and eventually ran

aground. Due to the shallow waters the USCG was forced to terminate pursuit. The USCG agents then observed everyone on the vessel get off and flee to Big Munson Island.

4. The USCG maintained position offshore Big Munson Island until law enforcement was able to access Big Munson Island utilizing a small vessel capable of navigating the shallow waterways. Once on Big Munson Island, law enforcement located 27 individuals but the two individuals observed at the helm of the vessel were not located. The 27 individuals claimed to be citizens and nationals of Cuba without any status in the U.S. These 27 Cuban nationals were transported to the Marathon Border Patrol Station for administrative processing. All 27 Cuban nationals were enrolled into the Integrated Automated Fingerprint Identification System (IAFIS) which revealed that the 27 Cuban nationals had no prior immigration history in the United States.

5. Law enforcement maintained surveillance of Big Munson Island to look out if anyone tried to leave the island. In the early morning hours of January 14, 2012, the USCG observed two subjects on Big Munson Island, near the site of the landing. However, when Border Patrol Agents retuned to Big Munson Island and searched again for several hours they did not locate the two individuals.

6. In the early morning hours of January 15, 2012, a small vessel was reported stolen from Cook's Island, which is adjacent to Big Munson Island. A short time later, the USCG observed said small vessel adrift close to Big Pine Key, Florida.

7. Law enforcement then began searching the shore line in this area. Shortly thereafter, a citizen reported a suspicious subject near the Winn Dixie plaza in Big Pine Key, Florida, to the Monroe County Sheriff's Office. The citizen advised that this individual, a male subject in shorts covered in mud, was attempting to make a phone call from a pay phone. Border Patrol

Agents responded to the location where they observed the suspicious individual, identified as **Lewis Dominguez-Rodriguez**, and recognized him from the USCG video footage of the previously mentioned pursuit of the vessel carrying the 27 Cuban nationals. Records checks conducted revealed **Lewis Dominguez-Rodriguez** has prior arrest history in the U.S. for alien smuggling. **Lewis Dominguez-Rodriguez** was then transported to the USCG Station Marathon.

8. Once **Lewis Dominguez-Rodriguez** arrived at the USCG station, the USCG agents that engaged in pursuit of the black vessel, bearing Florida Registration FL0619GL, with 27 Cuban nationals aboard on January 13, 2012, positively identified **Lewis Dominguez-Rodriguez** as one of the two persons they observed operating the vessel at the helm of the boat.

9. Based on the foregoing it is my belief that there is probable cause that on or about January 13, 2012, **Lewis Dominguez-Rodriguez** did knowingly bring aliens to the United States at a place other than a designated port of entry, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and Title 18, United States Code, Section 2; and, failed to obey orders given

by authorized Federal law enforcement officers to heave to those vessels, in violation of Title

18, United States Code, Section 2237 and Title 18, United States Code, Section 2.

**FURTHER AFFIANT SAYETH NOT.**

Mike Petersen
Border Patrol Agent
United States Border Patrol

Sworn and subscribed to me this 12 day of January, 2012.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE